IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 11-cv-00753-CMA-MJW

DANETTE FERNANDEZ,

    Plaintiff,

v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Wisconsin corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Stipulation for Dismissal With Prejudice (Doc. # 14), signed by the attorneys for the parties hereto, it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay her or its own attorneys' fees and costs.

DATED: November  02 , 2011

                            BY THE COURT:

                            _____
                            CHRISTINE M. ARGUELLO
                            United States District Court Judge